# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-170 (CJN) |
| | : | |
| **DAVID ELIZALDE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Julie Bessler, who may be contacted by telephone at 202-809-1747 or by email at Julie.Bessler@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. Ms. Bessler joins Mr. Manning, who remains assigned to the case.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney DC
        Bar No. 481052

By:    */s/ Julie Bessler*
        Julie Bessler
        PA Bar No.328887
        Assistant United States Attorney
        United States Attorney's Office
        601 D Street N.W.
        Washington, D.C. 20001
        Telephone: 202-809-1747
        Julie.Bessler@usdoj.gov

## CERTIFICATE OF SERVICE

On this 3rd day of October 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

> */s/ Julie Bessler*
> Julie Bessler
> PA Bar No.328887
> Assistant United States Attorney
> 601 D Street N.W.
> Washington, D.C. 20001
> Telephone: 202-809-1747
> Julie.Bessler@usdoj.gov