The Honorable Carl J. Nichols

I am writing to provide a comprehensive view of David Elizalde's character as he undergoes sentencing proceedings before your honorable court. My objective is to illuminate the genuine essence of my brother David, transcending the specific actions that have led to his involvement in this legal process.

Having grown up alongside David, I have had the privilege of intimately knowing him as his brother. Through shared experiences and familial bonds, I have witnessed various facets of his personality, character, and deeply held values. David consistently embodies the role of a loving brother, serving as both a protector and a mentor to me. His unwavering commitment to our family and his steadfast support during times of need underscore his inherent kindness and loyalty.

Furthermore, it is crucial to acknowledge that while David has made a mistake, he has shown genuine remorse for his actions. His acknowledgment of wrongdoing and the sincere efforts he has made to rectify his errors speak volumes about his character. It is important to recognize that David is not defined solely by this one lapse in judgment; rather, he is a multifaceted individual with the capacity for growth and redemption.

Therefore, I respectfully implore the court to consider these factors and to exercise leniency in David's sentencing. Thank you for your thoughtful consideration.

Sincerely

Oscar Elizalde.