Dear Judge Nichols,

I am composing this letter to offer perspective on the character of David Elizalde, who is presently undergoing sentencing proceedings before your esteemed court. My sincere wish is for you to consider the genuine essence of Mr. Elizalde, extending beyond the specific actions that have led to his appearance in court.

I have known David for several months as his supervisor in the workplace. During this time, I have had the opportunity to observe various aspects of his personality, character, and work ethic. David has consistently demonstrated qualities of loyalty, diligence, and a strong sense of responsibility. He is highly regarded among his colleagues and has earned their respect through his hard work and dedication.

While I acknowledge the offense he has committed, I urge the court to consider the broader context of David's life. He is an asset with strong leadership skills, deeply committed to his country, and he is a dedicated member of society.

I am firmly convinced that administering a lengthy sentence would lack any constructive merit in this case. David has unequivocally displayed genuine remorse for his actions, and I am steadfast in my belief that he merits leniency. His service has been marked by positive contributions throughout his career, and I am confident that he will persist in making such contributions in the future.

Thank you for considering my perspective on this matter.


Sincerely,
Magdalena Serrano